Jerry GRUSSING, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 592, 2016

Supreme Court of Delaware.

Submitted: May 11, 2017

Decided: June 5, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID 1509000035 (N)

AFFIRMED.

■

Marquese GIVENS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 309, 2016

Supreme Court of Delaware.

Submitted: March 16, 2017

Decided: June 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1508006714 (N)

GRANTED. AFFIRMED.

■

James A. BIGGINS, Plaintiff
Below–Appellant,

v.

Robert COUPE, et al., Defendants
Below–Appellees.

No. 92, 2017

Supreme Court of Delaware.

June 7, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. N16C–11–238

DISMISSED.

■

Troy DIXON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 532, 2016

Supreme Court of Delaware.

Submitted: June 7, 2017

Decided: June 8, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID Nos. 1211005646 A & B (N)

AFFIRMED.